| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Prince-Rashon Christian Logan-Cannon** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| Case number (*if known*) | 14-57863 | | |

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒ The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 115.00 | 12/1/2014 Month / day / year |
| $ 110.00 | 1/5/2015 Month / day / year |
| $ 110.00 | 2/1/2015 Month / day / year |
| + $ | Month / day / year |
| **Total** $ 335.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

.

```
Signed on November 18, 2014
                                              /s/ Mark A. Randon
                                         Mark A. Randon
                                         United States Bankruptcy Judge
```

```
                                    United States Bankruptcy Court
                                    Eastern District of Michigan
In re:                                                                      Case No. 14-57863-mar
Prince-Rashon Christian Logan-Cannon                                        Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0645-2           User: mtren                  Page 1 of 1                  Date Rcvd: Nov 18, 2014
                               Form ID: pdf01               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
db             Prince-Rashon Christian Logan-Cannon,    106 W. Ainsworth St.,    Ypsilanti, MI 48197-5337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2014 at the address(es) listed below:
              Douglas   Ellmann    detrustee@gmail.com,
               mi04@ecfcbis.com;de@trustesolutions.com;DE@trustesolutions.net
              John Robert Keyes    on behalf of Debtor Prince-Rashon Christian Logan-Cannon
               ecf@robertkeyeslaw.com, chris@robertkeyeslaw.com
                                                                                             TOTAL: 2